# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NOBLE ROMAN'S, INC., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) Cause No. 1:14-cv-1734-WTL-DML |
| | ) |
| HATTENHAUER DISTRIBUTING COMPANY, | ) |
| | ) |
|   Defendant. | ) |

## JUDGMENT

The Court having this date made its entry, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on the Plaintiff's claim under the Lanham Act. All remaining claims and counterclaims in this case are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED: 2/27/17

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification